NUMBER 13-03-141-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

________________________________________________________________


EX PARTE: SALVADOR MARTIN ZUNIGA SOLIS

________________________________________________________________


On appeal from the 93rd District Court 

of Hidalgo County, Texas.

________________________________________________________________



MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza

Opinion Per Curiam


 

 Appellant, SALVADOR MARTIN ZUNIGA SOLIS , perfected an appeal from a judgment entered by the
93rd District Court of Hidalgo County, Texas, in cause number C-0317-03-B . Appellant has filed a motion
to dismiss the appeal. The motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the
opinion that appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the
appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 8th day of May, 2003 .